1  Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
   **MANNING LAW, APC**
2  20062 S.W. Birch Street, Suite 200
3  Newport Beach, CA 92660
   Office: (949) 200-8755
4  Fax: (866) 843-8308
5  DisabilityRights@manninglawoffice.com

6  Attorneys for Plaintiff
7  JAMES RUTHERFORD

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES RUTHERFORD, an individual, | Case No.: 8:21-cv-00458-JLS-DFM |
| Plaintiff, | **Request for Entry of Default** |
| v. | |
| MAIDA INVESTMENT, INC., a California corporation; and DOES 1-10, inclusive, | |
| Defendants. | |

TO: THE CLERK OF THE ABOVE-ENTITLED COURT

Plaintiff **JAMES RUTHERFORD** hereby requests that the Clerk of the above-entitled Court enter default in this matter against defendant **MAIDA INVESTMENT, INC., a California corporation,** on the ground that said defendant has failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiff served the complaint on defendant **MAIDA INVESTMENT, INC., a California corporation,** on 3/22/2021 evidenced by the proof of service of summons on file with this Court.

Dated: May 4, 2021

                By:   <u>/s/Joseph R. Manning, Jr.</u>

                        Joseph R. Manning, Jr., Esq.
                        **MANNING LAW, APC**

                        Attorney for Plaintiff